# Court of Appeals
# of the State of Georgia

ATLANTA, February 21, 2013

*The Court of Appeals hereby passes the following order:*

**A13I0138. CITY OF TYBEE ISLAND, GEORGIA, et al. v. LIVE OAK GROUP, LLC.**

**A13D0242. CITY OF TYBEE ISLAND, GEORGIA, et al. v. LIVE OAK GROUP, LLC.**

Live Oak Group, LLC filed an action against the City of Tybee Island, Georgia, and the members of its city council, challenging the denial of its application for a planned use development amendment. The parties filed cross motions for summary judgment. In its order, the trial court granted summary judgment to Live Oak Group, LLC as to its claim for inverse condemnation and denied summary judgment to the applicants on the same claim. The applicants have filed applications for interlocutory and discretionary appeal seeking review of the trial court's ruling on the inverse condemnation claim.[1]

Under OCGA § 9-11-56 (h), the grant of summary judgment on any issue or as to any party is reviewable by direct appeal. *City of Demorest v. Town of Mt. Airy*, 282 Ga. 653, 654 n.1 (653 SE2d 43) (2007); *Whiddon v. Stargell*, 192 Ga. App. 826, 827-28 (386 SE2d 884) (1989). We will grant a timely application for interlocutory appeal if the order complained of is subject to direct appeal and the applicants have not otherwise filed a timely notice of appeal. *Spivey v. Hembree*, 268 Ga. App. 485,

---

[1] In both applications, the applicants show that they filed the applications for interlocutory and discretionary appeal, as well as notice of appeal, to ensure the preservation of their right to appeal. The notice of appeal is not included as an exhibit in either application.

486 n.1 (602 SE2d 246) (2004). Accordingly, this interlocutory application is hereby GRANTED. The applicants shall have ten days from the date of this order to file a notice of appeal in the trial court. If they have already filed a notice of appeal from the order at issue here, they need not file a second notice. The clerk of the trial court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

The application for discretionary appeal, which is docketed as Case No. A13D0242, is dismissed as duplicative.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/21/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*